UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY CHANG,<br><br>     Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     Defendant. | CASE NO. 2:24-cv-00712-KKE<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff and to the assigned District Court Judge.

DATED this 23rd day of May, 2024.

              _____
              BRIAN A. TSUCHIDA
              United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1