1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY CHANG,

                Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION,

                Defendants.

CASE NO. C24-00712-KKE

ORDER APPOINTING COUNSEL

13

14

15

16

17

18

19

20

21

22

23

24

On June 26, 2024, the Court referred this case to the "Western District of Washington's

Pro Bono Coordinator to identify an attorney(s) or law firm from the Pro Bono Panel to represent

Mr. Chang" for the limited purpose of re-pleading his complaint.  Dkt. No. 10.  The Court

now appoints the below attorneys to represent Plaintiff in this matter pursuant to the Amended

Plan of the United States District Court for the Western District of Washington for the

Representation of *Pro Se* Litigants in Civil Rights Actions.  *See* General Order 07-23 (Sept. 8,

2023).  Callie A. Castillo
       Lane Powell PC
       1420 Fifth Ave, Ste 4200
       Seattle, WA 98101
       (206) 223-7145
       castilloc@lanepowell.com

ORDER APPOINTING COUNSEL - 1

1

2

3
Counsel is directed to file Notices of Appearance within **seven (7) calendar days**. If counsel is unable for a reason set forth in the Rules to assume this representation, they shall immediately file a motion for relief from appointment.

4

5

6
In the event Mr. Chang prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source.

7

8
The Clerk is directed to send a copy of this Order to Mr. Chang, and to appointed counsel by email.

9
Dated this 30th day of July, 2024.

10

11

12

13
Kymberly K. Evanson
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER APPOINTING COUNSEL - 2