The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY CHANG,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND REHABILITATIVE SERVICES, REHABILITATION SERVICES ADMINISTRATION; et. al.,<br><br>      Defendants. | Case No. 2:24-cv-00712-KKE<br><br>JOINT STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>Today |

## JOINT STIPULATION

WHEREAS Plaintiff filed an Amended Complaint on September 27, 2024, seeking judicial review under the Administrative Procedure Act of the Department of Education's Rehabilitation Services Administration's decision to deny Plaintiff's request for an exception to his work service obligation under the Rehabilitation Long-Term Training program of the Rehabilitation Act of 1973. Dkt. 15.

WHEREAS the current deadline for Defendants to file a responsive pleading is December 6, 2024. The current deadline to complete the Rule 26(f) conference is December 26,

JOINT STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT
[2:24-cv-00712-KKE] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

2024, initial disclosures are currently due January 8, 2025, and a joint status report is currently due by January 5, 2025. Dkt. 18.

WHEREAS the parties have met and conferred and are exploring administrative remedies and settlement options that may resolve Plaintiff's claims and render the issues in this lawsuit moot.

WHEREAS the parties agree that this case should be stayed for two months, until February 4, 2025, to allow the parties sufficient time to explore potential resolution.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order:

1. This case is stayed until February 4, 2025.

2. The parties shall file a Joint Status Report on or before February 4, 2025 informing the Court of the status of the claims in this lawsuit.

SO STIPULATED.

DATED this 4th day of December, 2024.

LANE POWELL PC

*s/ Callie A. Castillo*
CALLIE A. CASTILLO, WSBA No. 38214
1420 Fifth Ave. Ste. 4200
P.O. Box 91302
Seattle, WA 98111
Telephone No. (206) 223-7145
Email: castilloc@lanepowell.com
Attorney for Plaintiff

JOINT STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT
[2:24-cv-00712-KKE] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

SO STIPULATED.

DATED this 4th day of December, 2024.

TESSA M. GORMAN
United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA No. 28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Email: kristin.b.johnson@usdoj.gov
Attorney for Defendants

I certify that this memorandum contains 221 words, in compliance with the Local Civil Rules.

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of December, 2024.

KYMBERLY K. EVANSON
United States District Judge

JOINT STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT
[2:24-cv-00712-KKE] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970